# UNITED STATES DISTRICT COURT

## District of Minnesota

Mohamed Ade-Ismail,

Petitioner,

v.

James Tadman, Samuel Olson, Kristi Noem,
Pamela Bondi,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1817 (PJS/LIB)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for a writ of habeas corpus [ECF No. 1] is GRANTED IN PART.

2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and ENJOINS respondents from denying release or other relief on the basis that petitioner is subject to mandatory detention under § 1225(b)(2).

3. No later than March 24, 2026, at 5:00 pm, respondents must provide petitioner a bond hearing pursuant to 8 U.S.C. § 1226(a). At this hearing, petitioner must not be denied release or other relief on the basis that petitioner is subject to mandatory detention under § 1225(b)(2).

4. If respondents do not provide petitioner a bond hearing in compliance with ¶ 3 of this order, respondents must unconditionally release petitioner no later than March 25 at

5:00 pm. If petitioner is not in Minnesota, respondents must return petitioner to Minnesota before releasing him.

Date: 3/17/2026

KATE M. FOGARTY, CLERK